IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HIEN DUY VU

                Petitioner,

    v.

TODD BLANCHE, Acting Attorney
General, *et al.*,

                Respondents.

:
:
:   3:26-cv-1416
:   (JUDGE MARIANI)
:
:
:
:
:
:
:

## ORDER

AND NOW, THIS ___11th___ DAY OF JUNE 2026, upon consideration of

Petitioner Hien Duy Vu's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241

(Doc. 1), Respondents' response (Doc. 5), Petitioner's traverse (Doc. 7), and for the

reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED**

**THAT**:

1. Petitioner's habeas petition is **GRANTED**.

2. Respondents **SHALL RELEASE** Petitioner Hien Duy Vu from the custody of

   Warden Sage **within 48 hours of the date of this Order.**

3. Respondents are **DIRECTED** to **RESTORE** the conditions of Hien Duy Vu's prior

   Order of Supervision.

4. Respondents **SHALL CERTIFY COMPLIANCE** with the Court's Order by filing a

   declaration or affidavit pursuant to 28 U.S.C. § 1746, **no later than Monday June**

2

**15, 2026, at 5:00 P.M.,** confirming that Hien Duy Vu has been released from custody

and that the conditions of his prior Order of Supervision have been restored.

Robert D. Mariani
United States District Judge